AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:07CR481 TLW (6)</u>_____ |
| | ) | USM No: <u>15157-171</u>_____ |
| -versus- | ) | <u>Michael A. Meetze, Public Defender</u> |
| | ) | Defendant's Attorney |
| **Demetrie A. York** | ) | |
| Date of Previous Judgment: April 2, 2008 | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ <u>the defendant</u> ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.  ■ <u>GRANTED</u> and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of one hundred twenty-two (122) months **is reduced to** one hundred twenty (120) months. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the original judgment filed <u> April 2, 2008</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   <u>November 21, 2011</u>                    s/ Terry L. Wooten_____
                                                                                    *Judge's signature*

Effective Date: _____                    Terry L. Wooten, United States District Judge
*(if different from order date)*                                  *Printed name and title*